# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERTC, LLC,<br><br>                    Plaintiff,<br>vs.<br>LOS COYOTES BAND OF CAHUILLA AND CUPENO INDIANS, a federally recognized Native American Cahuilla Indian Tribe,<br><br>                    Defendant. | CASE NO. 11cv2148-WQH-NLS<br><br>ORDER |

HAYES, Judge:

On September 15, 2011, Plaintiff ERTC, LLC ("ERTC") filed a "Complaint for Declaratory and Injunctive Relief; and Unjust Enrichment" against Defendant Los Coyotes Band of Cahuilla and Cupeno Indians ("Los Coyotes"). (ECF No. 1). Plaintiff alleges that Plaintiff "has provided good and valid consideration for a lease of a portion of Los Coyotes' 25,000 acre reservation ... in Warner Springs ... for ERTC's use in providing shooting ranges and tactical training for law enforcement and military personnel. Los Coyotes approved the Lease and proceeded to further ratify it by repeatedly accepting the benefits of the Lease." *Id.* at 2. Plaintiff alleges that "the Lease expressly included ... a valid and irrevocable waiver by Los Coyotes of its sovereign immunity and consent to the jurisdiction of the United States District Court for the Southern District of California." *Id.* Plaintiff alleges that "Los Coyotes suddenly disavowed the Lease," and "[a]fter breaking off negotiations, on September 12, 2011, the Tribe issued a Notice of Violation of Tribal Ordinances." *Id.* Plaintiff alleges that "[m]embers of Los Coyotes even threatened to take matters into their own hands if ERTC did not vacate the leased property—tragically, such threats came to fruition when the Tribe allowed certain Tribal members to take matters into their own hands by pouring gasoline on ERTC's security booth and lighting it on fire, and destroying new surveillance cameras that

were installed following the fire." *Id*.

On September 16, 2011, Plaintiff filed an "Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction Pursuant to Fed. R. Civ. P. 65" ("Application for Temporary Restraining Order"). (ECF No. 4). Plaintiff moves the Court for a temporary restraining order "enjoining and restricting the Los Coyotes Band of Cahuilla and Cupeno Indians ..., its members, and anyone acting in concert with them, from committing the following acts:

> (1) Taking any action to evict or forcibly remove ERTC, its personnel, its equipment, its improvements, and its guests from the leased premises;
>
> (2) Taking any action to destroy, alter, tamper with, interfere with or inflict injury to ERTC personnel, its equipment, its improvements, and its guests;
>
> (3) Taking any action to restrict ingress and egress to and from the leased premises by any ERTC personnel or its guests; and
>
> (4) Taking any action to interfere with ERTC's operations.

*Id*. at 2. The Application for Temporary Restraining Order states that, on September 14, 2011, counsel for Plaintiff informed counsel for Los Coyotes that Plaintiff would "proceed with an ex parte [motion] seek[ing] a court order prohibiting the Tribe from evicting ERTC." *Id*. at 4; *see also* W. VanDeWeghe Decl. ¶ 9, ECF No. 4-5.

IT IS HEREBY ORDERED that, no later than **September 17, 2011 at 11:00 a.m.**, Plaintiff shall file a proof of service, indicating that copies of this Order, the Complaint, the Summons, and the Application for Temporary Restraining Order and all supporting documentation have been served upon counsel for Defendant.

IT IS FURTHER ORDERED that the Court will conduct a hearing on the Application for Temporary Restraining Order on **September 20 at 9:30 a.m.** in courtroom 4. Defendant may file an opposition to the Application for Temporary Restraining Order no later than **September 19, 2011 at 12:00 p.m.**

DATED: September 16, 2011

**WILLIAM Q. HAYES**
United States District Judge