1 | G. WILLIAM VANDEWEGHE, JR (SBN 149355)
bvandeweghe@mckennalong.com
2 | CHRISTIAN D. HUMPHREYS (SBN 174802)
chumphrey@mckennalong.com
3 | JAE K. PARK (SBN 234474)
jpark@mckennalong.com
4 | MCKENNA LONG & ALDRIDGE LLP
4435 Eastgate Mall, Suite 400
5 | San Diego, CA  92121
Telephone:    (619) 595-5400
6 | Facsimile:     (619) 595-5450

7 | Attorneys for Plaintiff
ERTC, LLC

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERTC, LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>LOS COYOTES BAND OF CAHUILLA AND CUPENO INDIANS, a federally recognized Native American Cahuilla Indian Tribe,<br><br>          Defendants. | CASE NO.  3:11-CV-02148-WQH-NLS<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>Complaint Filed:    September 15, 2011 |


NOTICE IS HEREBY GIVEN that, pursuant to Fed.R.Civ. Pro. 41(a)(1)(A), Plaintiff ERTC, LLC hereby voluntarily dismisses all claims, in their entirety, against defendant LOS COYOTES BAND OF CAHUILLA AND CUPENO INDIANS in the above-captioned action with prejudice.

Dated: March 29, 2012

Respectfully submitted,

MCKENNA LONG & ALDRIDGE LLP

By: s/ Jae K. Park
    Christian D. Humphreys
    Jae K. Park
    Attorneys for Plaintiff
    ERTC, LLC

SD:22254751.1

<u>ERTC, LLC v. Los Coyotes Band of Cahuilla and Cupeno Indians</u>
USDC, Southern District Case No. 3:11-cv-02148-WQH-NLS

## PROOF OF SERVICE

I, Rosalinda De Luca, declare:

At the time of service I was over 18 years of age and not a party to this action. My business address is McKenna Long & Aldridge LLP, 750 B Street, Suite 3300, San Diego, CA 92101.

I further declare that I am readily familiar with the business' practice for collection and processing of correspondence for electronic filing with CourtLink; and that the correspondence shall be electronically filed with CourtLink this same day in the ordinary course of business.

On March 29, 2012, I served the foregoing document:

- **NOTICE OF VOLUNTARY DISMISSAL**

by electronically filing with CourtLink each document and requested service of each said document to each addressee, respectively as follows:

*Mark A. Radoff, Esq.*
*California Indian Legal Services*
*609 S. Escondido Blvd*
*Escondido, CA 92025*
*(760) 746-8941 / Fax (760) 746-1815*
*<u>mradoff@calindian.org</u>*

*Attorneys for Defendant LOS COYOTES BAND OF CAHUILLA AND CUPENO INDIANS*

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 29, 2012, at San Diego, California.

Rosalinda De Luca