Mark Radoff (SBN 119311)
Dorothy Alther (SBN 140906)
Mark Vezzola (SBN 243441)
609 S. Escondido Boulevard
Escondido, CA 92025
Phone (760) 746-8941
Facsimile (760) 746-1815
mradoff@calindian.org

Attorneys for Defendant
LOS COYOTES BAND OF CAHUILLA
& CUPEÑO INDIANS

NUNC PRO TUNC
MAR 28 2012

FILED
2012 APR -6  AM 10: 12
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERTC, LLC, a Nevada limited liability company<br><br>                    Plaintiff,<br>vs.<br><br>LOS COYOTES BAND OF CAHUILLA AND CUPENO INDIANS<br><br>                    Defendant. | Case No: 3:11-CV-02148-WQH-NLS<br><br>Defendant's Discovery Plan<br><br>Judge William Q. Hayes<br><br>Magistrate Nita L. Stormes<br><br>Due Date: March 26, 2012 |

Pursuant to Magistrate Judge Nita L. Stormes order requesting a Joint Discovery Plan, Defendant, the Los Coyotes Band of Cahuilla and Cupeño Indians is not requesting any discovery in the federal court case. The case came before the Southern California Intertribal

---

Defendant's Discovery Plan

1

Court on December 19, 2011, and a Decision was issued on February 1, 2012. A copy of that decision is lodged concurrently.

March 26, 2012                        s/ Mark A. Radoff
                                      Mark A. Radoff (SBN 119311)
                                      Attorney for Defendants

Defendant's Discovery Plan

# PROOF OF SERVICE

I, the undersigned, declare that I am over the age of eighteen and not a party to the within action. I am employed in, or a resident of the County of San Diego, California, in which the following service occurred. My business address is 609 South Escondido Blvd., Escondido, California. On October 28, 2011, I caused a true copy of the following document(s) to be served in this action upon the person(s) set forth below, by the method indicated.

**DOCUMENT(S) SERVED:**

**DEFENDANT'S DISCOVERY PLAN**
[ERTC, LLC v. Los Coyotes Band of Cahuilla and Cupeño Indians, U.S. District Court Case No. 3:11-CV-02148-WQH-NLS]

**PERSON(S) SERVED:**

G. William Vandeweghe, Jr. (SBN 149355)
Christian D. Humphreys (SBN 174802)
Jae K. Park (SBN 234474)
MCKENNA LONG & ALDRIDGE LLP
4435 Eastgate Mall, Suite 400
San Diego, CA 92121
E-mail: vbvandeweghe@mckennalong.com
chumphrey@mckennalong.com
jpark@mckennalong.com
Fascimile: (619) 595-5450

___X___ **(BY MAIL)** I caused such envelope with postage thereon fully prepaid to be placed in the United States Mail this day at Escondido, California. I am "readily familiar" with the firm's practice of collecting and processing mail. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.

___X___ **(BY FACSIMILE)** I caused the said document to be transmitted by Facsimile Transmission to the number indicated after the addresses noted above or on the attachment herein, and e-mailed to the address noted above.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed at Escondido, California, this 26th day of March, 2012.

*/s/ Lavonne Kiser*
Lavonne E. Kiser

CALIFORNIA
INDIAN
LEGAL
SERVICES

PROOF OF SERVICE                                1                        Case No. 11CV2148-WQH-NLS